UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

JENNELL GUILLORY                                CIVIL ACTION NO. 08-0534

VERSUS                                          JUDGE MELANÇON

COMMISSIONER OF
SOCIAL SECURITY                                 MAGISTRATE JUDGE HILL

### JUDGMENT OF DISMISSAL

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation.  After an independent review of the record, including the objections filed herein, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own.. Accordingly, it is

**ORDERED** that the Commissioner's decision is **AFFIRMED**, and that this matter is **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 25th day of January, 2010.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE